**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 23, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-40465
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEREK GLASPER,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6-01-CR-31-5
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Derek Glasper has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Glasper was sent a copy of counsel's motion and brief, but has not filed a response.

Glasper knowingly and voluntarily waived his appeal rights, except as to sentencing guidelines determinations, and our independent review of the brief and the record discloses no

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.